# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID LOMBARDI**, *et al.*, | CIVIL ACTION |
| *Plaintiffs*, | |
| v. | No. 19-5269 |
| **SEQUIUM SOLUTIONS, LLC**, *et al.*, | |
| *Defendants*. | |
| **DAVID LOMBARDI**, *et al.*, | CIVIL ACTION |
| *Plaintiffs*, | |
| v. | No. 19-5434 |
| **MCCARTHY, BURGESS & WOLFE**, *et al.*, | |
| *Defendants*. | |

## ORDER

**AND NOW, TO WIT:** This 26th day of May, 2020, it having been reported that the issues between the parties in the above actions have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above actions are **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Clerk of Court is directed to mark these cases closed.

                                         **KATE BARKMAN**
                                         **Clerk of Court**

      **BY:**

                                           */s/ Sharon Lippi*
                                         **Sharon Lippi, Civil Deputy Clerk**
                                           To Hon. Mitchell S. Goldberg